IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10CR9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JAMES ERNEST LESPIER. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon Fredilyn Sison's Motion to Withdraw. Having considered Fredilyn Sison's Motion to Withdraw and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought in that privately retained counsel has entered his notice of appearance, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Fredilyn Sison's Motion to Withdraw (#15) is **GRANTED,** and Fredilyn Sison is relieved from further representation of defendant in this matter.

Signed: November 19, 2010

Dennis L. Howell
United States Magistrate Judge