IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW2:10CR09 |
| | ) | (Financial Litigation Unit) |
| JAMES ERNEST LESPIER, | ) | |
| Defendant. | ) | |

## ORDER GRANTING NON-SUBSTANTIVE POST-SENTENCE CHANGE TO RESTITUTION ORDER

A Motion by the United States having been duly brought before this Court for an order directing the Clerk of Court to rename Restitution Payee "Estate of Erien Amanda Smith" is **GRANTED**.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Clerk of Court change the restitution payee "Estate of Erien Amanda Smith" to reflect Micki Price as custodian and/or administrator of the payee's funds so that she may negotiate the Clerk's distribution payments.

Dennis L. Howell
United States Magistrate Judge