# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00007-MR
# (CRIMINAL CASE NO. 2:10-cr-00009-MR-DLH-1)

| | |
|---|---|
| **JAMES ERNEST LESPIER,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1] and the Plea Agreement executed by the parties [Doc. 138].

**IT IS, THEREFORE, ORDERED:**

(1) The United States Marshal shall have Petitioner present in Asheville, North Carolina, on or before September 26, 2016, for proceeding in this matter;

(2) The Clerk of Court shall calendar this matter for a Rule 11 hearing and resentencing on September 29, 2016, or as soon thereafter as practical; and

(3) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to counsel for the Government, counsel for the Petitioner, the United States Marshals Service, the Bureau of Prisons, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 26, 2016

Martin Reidinger
United States District Judge