THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00007-MR
CRIMINAL CASE NO. 2:10-cr-00009-MR

| | |
|---|---|
| JAMES ERNEST LESPIER, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Civil Case No. 1:15-cv-00007-MR ("CV"), Doc. 1].

For the reasons stated in the Court's Memorandum of Decision and Order of June 17, 2016, and for the reasons stated in open court on December 13, 2016,

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion under 28 U.S.C. § 2255 [CV Doc. 1] is **GRANTED**, and the Petitioner's previous conviction and sentence [Criminal Case No. 2:10-cr-00009-MR] are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Petitioner's guilty plea to the charge of second-degree murder is **ACCEPTED**, and the Petitioner is hereby **RESENTENCED** as set forth in the Amended Criminal Judgment entered contemporaneously herewith.

**IT IS SO ORDERED.**   Signed: January 30, 2017

Martin Reidinger
United States District Judge